```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
TJ GUENTTER,                                                             :
                                                                         :
                                    Plaintiff,                           :
                                                                         :         23-CV-6687 (JMF)
            -v-                                                          :
                                                                         :
SURFACE ONCOLOGY, INC. et al.,                                           :
                                                                         :
                                    Defendants.                          :
                                                                         :
------------------------------------------------------------------------ :
                                                                         :
 SUSAN FINGER,                                                           :
                                                                         :
                                    Plaintiff,                           :
                                                                         :
            -v-                                                          :         23-CV-7180 (JMF)
                                                                         :
SURFACE ONCOLOGY, INC. et al.,                                           :
                                                                         :         ORDER
                                    Defendants.                          :
                                                                         :
------------------------------------------------------------------------ X
```

JESSE M. FURMAN, United States District Judge:

On July 31, 2023, Plaintiff TJ Guentter filed a Complaint in 23-CV-6687.  *See* 23-CV-6687, Docket No. 1.  On August 14, 2023, Plaintiff Susan Finger filed a similar Complaint in 23-CV-7180.  *See* 23-CV-7180, Docket No. 1.  As of this Order, no motion for consolidation has been filed, but 23-CV-7180 has been accepted by the Court as related to 23-CV-6687, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **September 8, 2023**.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the

parties.

    SO ORDERED.

Dated: August 24, 2023
       New York, New York
                                          JESSE M. FURMAN
                                       United States District Judge