UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TJ GUENTTER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SURFACE ONCOLOGY, INC., DENISE TORRES, CARSTEN BRUNN, JEFF GOATER, DAVID GRAYZEL, BEN HICKEY, RAMY IBRAHIM, ROBERT ROSS, ARMEN SHANAFELT, ELLIOT SIGAL, and LAURIE STELZER, | Case No.: 1:23-cv-06687-JMF<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　　Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff TJ Guentter ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: November 17, 2023

**BRODSKY & SMITH**

By: _Evan J. Smith_
　　Evan J. Smith
　　240 Mineola Boulevard
　　Mineola, NY  11501
　　Phone:  (516) 741-4977
　　Facsimile (561) 741-0626

　　*Attorneys for Plaintiff*

All conferences are canceled.
SO ORDERED.

[Judge's signature]

November 20, 2023